[No. 16565-8-I. Division One. June 15, 1987.]

THE CITY OF EVERETT, *Appellant,* v. RON J. KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-01053-1, Robert C. Bibb, J., entered May 20, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Williams and Grosse, JJ.


[No. 18027-4-I. Division One. June 15, 1987.]

PATRICK WAGNER, *Appellant,* v. TAYLOR CUSTOM HOMES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-07806-7, Frank L. Sullivan, J., entered February 3, 1986. *Affirmed* by unpublished opinion per Dore, J. Pro Tem., concurred in by Darrah and Walterskirchen, JJ. Pro Tem.


[No. 17636-6-I. Division One. June 15, 1987.]

FIRST MUTUAL ANNUITY COMPANY, ET AL, *Plaintiffs,* v. THE ESTATE OF WILLIAM A. NORSTROM, ET AL, *Respondents,* MARCI DUKE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-16531-6, George T. Mattson, J., entered November 21, 1985. *Reversed* by unpublished opinion per Callow, J. Pro Tem., concurred in by French and Williams, JJ. Pro Tem.